IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICKY SKIPPER,
as Trustee of the Micky
Skipper Family Trust,

    Plaintiff,

v.                                        CASE NO. 4:25cv261-RH-MJF

SHELL POINT MORTGAGE
SERVICING, LLC et al.,

    Defendants.

_____/

ORDER DENYING A TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUCTION

      The plaintiff's motion for a temporary restraining order and preliminary injunction is before the court on the magistrate judge's report and recommendation, ECF No. 8. No objections have been filed. As the report and recommendation correctly concludes, the plaintiff cannot prevail on the motion unless he establishes a likelihood of success on the merits, and that requires, as a first step, the filing of a proper complaint. For a trustee, that means a complaint that complies with the governing rules and is signed by an attorney.

IT IS ORDERED:

The report and recommendation is accepted. The motion for a temporary restraining order and preliminary injunction is denied. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on August 6, 2025.

s/Robert L. Hinkle<br>United States District Judge