UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICKY SKIPPER,
as Trustee of the Micky
Skipper Family Trust,

    Plaintiff,

v.                                Case No.  4:25-cv-261-RH/MJF

SHELL POINT MORTGAGE
SERVICING, LLC, *et al.*,

    Defendants.
_____/

## **ORDER**

On June 30, 2025, the undersigned ordered Plaintiff to file an amended complaint or a notice of voluntary dismissal. Doc. 7. The undersigned imposed a compliance deadline of July 22, 2025. Plaintiff has not complied with that order.

For the reasons set forth above, it is **ORDERED**:

1. On or before **September 2, 2025,** Plaintiff shall show cause why this case should not be dismissed for failure to comply with a court order and failure to prosecute. Plaintiff's response must be accompanied by

an amended complaint that corrects the deficiencies identified in the undersigned's June 30, 2025, order to amend the complaint.

2.   Failure to comply with this order likely will result in dismissal of this action for failure to comply with an order of the court and failure to prosecute.

**SO ORDERED** on August 19, 2025.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**