IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICKY SKIPPER,
as Trustee of the Micky
Skipper Family Trust,

     Plaintiff,

v.                                          CASE NO. 4:25cv261-RH-MJF

SHELL POINT MORTGAGE
SERVICING, LLC et al.,

     Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 11. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on October 21, 2025.

                                                  s/Robert L. Hinkle
                                                  United States District Judge